against Emil Goldfinger. A. B. Church, of New York City, for appellants. S. Fingerhut, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 139 N. Y. Supp. 1143.

SCHOENER, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by Herman Schoener against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCHOUTEN, Respondent, v. ALPINE, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Lambert Schouten against John R. Alpine, as President, etc. PER CURIAM. Judgment and order (77 Misc. Rep. 19, 137 N. Y. Supp. 380) reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the amount of recovery by the sum of $150 on account of damages claimed for loss of work at 127th street and Broadway, in which event the judgment, as so reduced, and order, are affirmed, without costs. JENKS, P. J., and CARR, J., vote to reverse for failure of plaintiff to offer sufficient evidence as to his damage.

SCHROEDER, Appellant, v. SNYDER et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Anton Schroeder against Judson S. Snyder and others. No opinion. Order affirmed, with $10 costs and disbursements to each of the defendants appearing by separate attorneys.

SCHUBERT, Respondent, v. ARNOLD et al., Appellants. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by John Schubert against Sigfried Arnold and another. B. G. Paskus, of New York City, for appellants. M. M. Goldsmith, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHUELER, Appellant, v. DOOLEY, Respondent. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by J. L. Emil Schueler against Mary Louise Dooley. No opinion. Motion for reargument (of 139 N. Y. Supp. 743) granted, without costs, and case set down for Thursday, March 13, 1913. Motion to dismiss appeal denied, without costs.

SCHULIEN, Appellant, v. LATTIMIER, Respondent. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Margaret Schulien against Eugene Lattimier. No opinion. Judgment unanimously affirmed, with costs.

SCHULTZ v. VOGEL (3 cases). (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Louisa Schultz against Louis Vogel. No opinion. Motions granted, unless appellant complies with terms stated in order. Orders filed. See, also, 148 App. Div. 894, 132 N. Y. Supp. 1146.

SCHWEID et al., Respondents, v. STORANDT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Bernard A. Schweid and another against Carl W. Storandt. PER CURIAM. Motion for reargument (of 138 N. Y. Supp. 1141) granted, and reargument ordered heard on the 27th day of March, 1913. See, also, 139 N. Y. Supp. 1144. ROBSON, J., dissents.

In re SCOTT. (Supreme Court, Appellate Division, First Department. March 7, 1913.) In the matter of Robert Scott, deceased. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. INGRAHAM, P. J., and DOWLING, JJ., dissent.

SCOTT, Respondent, v. FOURTEENTH STREET BANK, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Action by Cornelius Scott against the Fourteenth Street Bank. B. D. Whedon, of New York City, for appellant. W. D. McNulty, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SCOTT v. WOODWARD et al. KENEFICK v. DONOVAN. In re REDFIELD'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 28, 1913.) Actions by J. Frank Scott against Lyman Woodward and another, and by Daniel J. Kenefick, as executor, etc., against Timothy P. Donovan. In the matter of the estate of Constance C. Redfield, deceasd. No opinion. The cases above, having been twice reached in their regular order and passed, are dismissed under rule 39.

SEALY, Respondent, v. FOOTE, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Thomas Sealy against Clarence Foote. E. A. Sumner, of New York City, for appellant. F. R. Greene, of New York City, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 139 N. Y. Supp. 1144. INGRAHAM, P. J., and LAUGHLIN, J., dissent.

SELLINGER, Appellant, v. SWANN, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by David Sellinger against John J. Swann. H. C. Burnstine, of New York City, for appellant. J. P. Brennan, of New York City, for respondent.